## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACR 12-90-AG | Date | February 19, 2014 |

| | |
|---|---|
| Present: The Honorable | Andrew J. Guilford, U.S. District Judge |
| Interpreter | |

| Lisa Bredahl | Miriam Baird | Greg Staples/ Patricia Fusco, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Craig Shults | X | | X | 1. James Riddet | X | | X |
| 2. Joseph Haymore | X | | X | 2. Dyke Huish, Steven Smith, Jason Smith | X | | X |
| 3. Paul Licausi | X | | X | 3. Marvin Rudnick | X | | X |
| 5. Andrew Wardein | X | | X | 5. Cuauhtemoc Ortega, DFPD | X | X | |
| 6. Sylvia Melkonian | X | | X | 6. Robison Harley | X | X | |

**Proceedings:**   24th DAY JURY TRIAL

Jury resumes deliberations.  Trial completed by jury verdict.

Defendant #1 GUILTY as to all charged counts.  Sentencing set for July 7, 2014 at 1:30 p.m.  Defendant #2 GUILTY as to all charged counts.  Sentencing set for July 7, 2014 at 2:30 p.m.  Defendant #3 GUILTY as to all charged counts.  Sentencing set for June 23, 2014 at 2:30 p.m.  Defendant #5 NOT GUILTY as to all charged counts.  Bond is ordered EXONERATED.  Defendant #6 NOT GUILTY as to Counts #1, 2, 3 and 6 and GUILTY as to Counts #8, 9 and 10.  Sentencing set for June 23, 2014 at 1:30 p.m.

Jury polled.  Filed exhibit and witness list, jury notes, jury instructions, and jury verdict.

Defendants are referred to the Probation Department for investigation and report.

**cc: USPO**

| | | |
|---|---|---|
| | 1 : | 10 |
| Initials of Deputy Clerk | lmb | |