Case 8:12-cr-00090-AG   Document 357   Filed 02/19/14   Page 1 of 10   Page ID #:2799

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 19 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NEW 2/14/14

**COUNTS 4 AND 5 HAVE BEEN DISMISSED.**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 12-090-AG |
| Plaintiff, | REDACTED |
| v. | **VERDICT FORM** |
| CRAIG SHULTS, JOSEPH HAYMORE, PAUL LICAUSI, ANDREW WARDEIN, and SYLVIA MELKONIAN, | |
| Defendants. | |

## COUNT ONE

We, the jury in the above-captioned case, unanimously find the defendant CRAIG SHULTS:

       __X__      GUILTY

       ____      NOT GUILTY

as to Count One, charging Wire Fraud in Violation of 18 U.S.C. § 1343.

We, the jury in the above-captioned case, unanimously find the defendant JOSEPH HAYMORE:

       __X__      GUILTY

       ____      NOT GUILTY

as to Count One, charging Wire Fraud in Violation of 18 U.S.C. § 1343.

We, the jury in the above-captioned case, unanimously find the defendant PAUL LICAUSI:

       __X__      GUILTY

       ____      NOT GUILTY

as to Count One, charging Wire Fraud in Violation of 18 U.S.C. § 1343.

1     We, the jury in the above-captioned case, unanimously find the
2 defendant ANDREW WARDEIN:

3           _____  GUILTY
4           __X__  NOT GUILTY

5 as to Count One, charging Wire Fraud in Violation of 18 U.S.C.
6 § 1343.

7

8     We, the jury in the above-captioned case, unanimously find the
9 defendant SYLVIA MELKONIAN:

10     _____  GUILTY
11     __X__  NOT GUILTY

12 as to Count One, charging Wire Fraud in Violation of 18 U.S.C.
13 § 1343.

14

15 **COUNT TWO**
16     We, the jury in the above-captioned case, unanimously find the
17 defendant CRAIG SHULTS:

18     __X__  GUILTY
19     _____  NOT GUILTY

20 as to Count Two, charging Wire Fraud in Violation of 18 U.S.C.
21 § 1343.

22

23     We, the jury in the above-captioned case, unanimously find the
24 defendant JOSEPH HAYMORE:

25     __X__  GUILTY
26     _____  NOT GUILTY

27 as to Count Two, charging Wire Fraud in Violation of 18 U.S.C.
28 § 1343.

1     We, the jury in the above-captioned case, unanimously find the
2  defendant PAUL LICAUSI:
3              __X__        GUILTY
4              _____        NOT GUILTY
5  as to Count Two, charging Wire Fraud in Violation of 18 U.S.C.
6  § 1343.
7
8     We, the jury in the above-captioned case, unanimously find the
9  defendant ANDREW WARDEIN:
10             _____        GUILTY
11             __X__        NOT GUILTY
12 as to Count Two, charging Wire Fraud in Violation of 18 U.S.C.
13 § 1343.
14
15    We, the jury in the above-captioned case, unanimously find the
16 defendant SYLVIA MELKONIAN:
17             _____        GUILTY
18             __X__        NOT GUILTY
19 as to Count Two, charging Wire Fraud in Violation of 18 U.S.C.
20 § 1343.

4

## COUNT THREE

We, the jury in the above-captioned case, unanimously find the defendant CRAIG SHULTS:

    __X__    GUILTY

    ____    NOT GUILTY

as to Count Three, charging Wire Fraud in Violation of 18 U.S.C. § 1343.

We, the jury in the above-captioned case, unanimously find the defendant JOSEPH HAYMORE:

    __X__    GUILTY

    ____    NOT GUILTY

as to Count Three, charging Wire Fraud in Violation of 18 U.S.C. § 1343.

We, the jury in the above-captioned case, unanimously find the defendant PAUL LICAUSI:

    __X__    GUILTY

    ____    NOT GUILTY

as to Count Three, charging Wire Fraud in Violation of 18 U.S.C. § 1343.

```
 1      We, the jury in the above-captioned case, unanimously find the
 2  defendant ANDREW WARDEIN:
 3                          ____      GUILTY
 4                           X        NOT GUILTY
 5  as to Count Three, charging Wire Fraud in Violation of 18 U.S.C.
 6  § 1343.
 7
 8      We, the jury in the above-captioned case, unanimously find the
 9  defendant SYLVIA MELKONIAN:
10                          ____      GUILTY
11                           X        NOT GUILTY
12  As to Count Three, charging Wire Fraud in Violation of 18 U.S.C.
13  § 1343.
```

## COUNT SIX

We, the jury in the above-captioned case, unanimously find the defendant CRAIG SHULTS:

    __X__    GUILTY

    _____    NOT GUILTY

as to Count Six, charging Wire Fraud in Violation of 18 U.S.C. § 1343.

We, the jury in the above-captioned case, unanimously find the defendant ANDREW WARDEIN:

    _____    GUILTY

    __X__    NOT GUILTY

as to Count Six, charging Wire Fraud in Violation of 18 U.S.C. § 1343.

We, the jury in the above-captioned case, unanimously find the defendant SYLVIA MELKONIAN:

    _____    GUILTY

    __X__    NOT GUILTY

as to Count Six, charging Wire Fraud in Violation of 18 U.S.C. § 1343.

COUNT EIGHT

We, the jury in the above-captioned case, unanimously find the defendant CRAIG SHULTS:

    __X__ GUILTY

    _____ NOT GUILTY

as to Count Eight, charging Wire Fraud in Violation of 18 U.S.C. § 1343.

We, the jury in the above-captioned case, unanimously find the defendant ANDREW WARDEIN:

    _____ GUILTY

    __X__ NOT GUILTY

as to Count Eight, charging Wire Fraud in Violation of 18 U.S.C. § 1343.

We, the jury in the above-captioned case, unanimously find the defendant SYLVIA MELKONIAN:

    __X__ GUILTY

    _____ NOT GUILTY

as to Count Eight, charging Wire Fraud in Violation of 18 U.S.C. § 1343.

## COUNT NINE

We, the jury in the above-captioned case, unanimously find the defendant CRAIG SHULTS:

    __X__    GUILTY

    _____    NOT GUILTY

as to Count Nine, charging Wire Fraud in Violation of 18 U.S.C. § 1343.

We, the jury in the above-captioned case, unanimously find the defendant ANDREW WARDEIN:

    _____    GUILTY

    __X__    NOT GUILTY

as to Count Nine, charging Wire Fraud in Violation of 18 U.S.C. § 1343.

We, the jury in the above-captioned case, unanimously find the defendant SYLVIA MELKONIAN:

    __X__    GUILTY

    _____    NOT GUILTY

as to Count Nine, charging Wire Fraud in Violation of 18 U.S.C. § 1343.

1 | COUNT TEN

We, the jury in the above-captioned case, unanimously find the defendant CRAIG SHULTS:

     __X__ GUILTY

     _____ NOT GUILTY

as to Count Ten, charging Wire Fraud in Violation of 18 U.S.C. § 1343.

We, the jury in the above-captioned case, unanimously find the defendant ANDREW WARDEIN:

     _____ GUILTY

     __X__ NOT GUILTY

as to Count Ten, charging Wire Fraud in Violation of 18 U.S.C. § 1343.

We, the jury in the above-captioned case, unanimously find the defendant SYLVIA MELKONIAN:

     __X__ GUILTY

     _____ NOT GUILTY

as to Count Ten, charging Wire Fraud in Violation of 18 U.S.C. § 1343.

_____
FOREPERSON OF THE JURY

DATED: _Feb 19_, 2014 at Santa Ana, California.