UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPARTMENT 10D

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 19 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No. SACR12-0090 AG          Date: 2/13/14

Time: 3:45 pm

Case Name:   U.S.A. v. Shults, et al.

REDACTED

JURY NOTE NUMBER __1__

☐   THE JURY HAS REACHED A UNANIMOUS VERDICT.

☐   THE JURY REQUESTS THE FOLLOWING:

Please provide copies of the indictment for the jury to review.

SIGNED: _____
FOREPERSON OF THE JURY