UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPARTMENT 10D

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 19 2014

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Case No. SACR12-0090 AG        Date: 2/14/14

Time: 11:15 AM

Case Name: U.S.A. v. Shults, et al.

REDACTED

JURY NOTE NUMBER  2

☐ THE JURY HAS REACHED A UNANIMOUS VERDICT.

☒ THE JURY REQUESTS THE FOLLOWING:

Can we please have a CD player to review a piece of evidence?

SIGNED: _____
FOREPERSON OF THE JURY