## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | SACR 12-90-AG | Date | December 22, 2014 |
|---|---|---|---|

| Present: The Honorable | Andrew J. Guilford, U.S. District Judge |
|---|---|
| Interpreter | |

| Lisa Bredahl | Miriam Baird | Greg Staples |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Joseph Haymore | Not | | X | 2. Dyke Huish, Steven Smith | X | | X |
| 3. Paul Licausi | Not | | X | 3. Marvin Rudnick | X | | X |

**Proceedings:**   1. DEFENDANT JOSEPH HAYMORE'S MOTION FOR RELEASE PENDING APPEAL [DKT 518]
  2. MOTION FOR DEFENDANT JOSEPHY HAYMORE'S ATTORNEYS TO BE RELIEVED AS COUNSEL [DKT 517]
  3. DEFENDANT PAUL LICAUSI'S MOTION FOR RELEASE PENDING APPEAL [DKT 526]
  4. DEFENDANT HAYMORE'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS [DKT 520]

Cause is called for heraing and counsel make their appearances.  Matters are argued.  Defendant Haymore and Defendant Licausi's motions for release pending appeal are GRANTED.  Defendant Haymore's motion for leave to appeal in forma pauperis is GRANTED.  Defendant's Haymore's attorneys to be relieved as counsel is GRANTED.

|  | 0 | : | 45 |
|---|---|---|---|
| | Initials of Deputy Clerk | lmb | |