1  **TIMOTHY A. SCOTT**
   California Bar No. 215074
2  COLEMAN, BALOGH & SCOTT LLP
   1350 Columbia Street, Suite 600
3  San Diego, California  92101
   Telephone:  (619) 794-0451
4  Facsimile: (619) 652-9964
   Email: tas@colemanbalogh.com
5
   Attorneys for Joseph Haymore

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 12-CR-00090-AG-2 |
|---|---|
| Plaintiff, | ) |
| | ) UNOPPOSED Motion to Allow |
| | ) Employment Pursuant to Conditions |
| v. | ) of Release |
| | ) |
| JOSEPH HAYMORE (2), | ) |
| | ) |
| Defendant. | ) |
| | ) |

Defendant Joseph Haymore, by and through counsel, hereby moves for an order allowing him to work as an employee in business tangentially involving real estate, pending the resolution of his appeal in this matter.  This request is based on the declaration of counsel and exhibits, attached.  The government does not oppose this request.

Dated: February 11, 2015              Respectfully submitted,

                                      *s/ Timothy A. Scott*

                                      TIMOTHY A. SCOTT
                                      COLEMAN, BALOGH & SCOTT, LLP
                                      Attorneys for Mr. Haymore

1